JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY L. STEWART,<br>    Petitioner,<br>  v.<br>JOHNSON, Warden,<br>    Respondent. | Case No. 2:19-cv-06400-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Motion to Vacate and Dismissing Habeas Petition as Successive,

IT IS ADJUDGED that the Petition is dismissed without prejudice as successive.

DATED: <u>January 22, 2020</u>

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE